■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT JULIUS GALE, Appellant. — Appeal by defendant from a judgment of the County Court, Suffolk County (Mazzei, J.),

rendered May 9, 1983, convicting him of grand larceny in the third degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

The court did not abuse its discretion in declining to grant an adjournment (*see, People v Foy,* 32 NY2d 473; *Matter of Anthony M.,* 63 NY2d 270). Mangano, J. P., Gibbons, Bracken and Kunzeman, JJ., concur.